## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHELE D'ANJOLELL,  :  CIVIL ACTION
    Plaintiff,  :
      :
    v.  :  NO. 11-4231
      :
MICHAEL J. ASTRUE,  :
Commissioner of the  :
Social Security Administration,  :
    Defendant.  :

**FILED**

JUL 2 4 2012

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

### ORDER

**AND NOW**, this 24 day of July , 2012, upon independent review of

Plaintiff's Brief and Statement of Issues in Support of Request for Review (Doc. No. 9), Defendant's

Response to Request for Review of Plaintiff (Doc. No. 13), Plaintiff's Reply (Doc. No. 15), and the

administrative record, and after careful consideration of the Report and Recommendation of United

States Magistrate Judge David R. Strawbridge, it is hereby **ORDERED** that:

    1.    The Report and Recommendation is **APPROVED and ADOPTED**;

    2.    The final decision of the Commissioner denying disability benefits to Plaintiff is

**VACATED**; and

    3.    The matter is **REMANDED** to the Commissioner pursuant to Sentence Four of 42

U.S.C. § 405(g) for further proceedings consistent with the Magistrate Judge's Report.

                **BY THE COURT**:

                _____
                EDUARDO C. ROBRENO,    J.

① No objections were filed.
      ecd.